# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Samuel Surles,

       Plaintiff,

  vs.

Donald Andison, et al,

       Defendants.    /

Case No. 07-13555

Chief District Judge Gerald E. Rosen

Magistrate Judge Mona K. Majzoub

## ORDER STRIKING DOCUMENTS

This matter comes before the Court on Defendant's Motion for Leave to File Supplemental Complaint, (docket no. 92), Notice of Co-Counsel (docket no. 93), and Amended Supplemental Complaint and Jury Demand (docket no. 94). Plaintiff is represented by court-appointed counsel, yet he filed these documents on his own, claiming that he intends to appear as his own co-counsel. (Docket no. 93.)

The Court has determined that the filing of these documents does not conform with Federal Rules. "Although criminal defendants possess a constitutional right to be heard and to defend themselves," an individual "has no right to hybrid representation, that is, a right 'to be heard both in person and by attorney.'" *Moniz v. McKee*, No. 05-71699, at *9, (E.D. Mich. Sept. 25, 2007) (Batttani, J.) (citing *Crane v. Kentucky*, 476 U.S. 683 (1986); *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984)) (quoting *United States v. Foster*, 9 F.R.D. 367, 372 (S.D.N.Y.1949)); *see also* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally *or* by counsel.") (emphasis added); *Brasier v. Jeary*, 256 F.2d 474 (8th Cir. 1958), cert denied 358 U.S. 867, reh'g denied 358 U.S. 923.

Therefore, this order will be entered, and the above documents will be **STRICKEN.**

**So Ordered**.

Dated: August 7, 2013                                s/ Mona K. Majzoub
                                                                 MONA K. MAJZOUB
                                                                 United States Magistrate Judge

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: August 7, 2013                                s/ Lisa C. Bartlett
                                                                 Case Manager